IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TWC LIQUIDATION TRUST, | ) | Bankruptcy Case No. 18-10601-MFW |
| | ) | Bankr. BAP No. 23-00056 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ANDREW R. VARA, in his capacity as | ) | |
| the United States Trustee for Region 3; | ) | |
| TARA TWOMEY, in her capacity as | ) | |
| Director of the Executive Office for | ) | |
| United States Trustees, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1067-MN |
| | ) | |
| DEAN A. ZIEHL, in his capacity as trustee | ) | |
| of the TWC Liquidating Trust., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **8th** day of **November, 2023**.

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

1

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellants' Brief: | January 26, 2024 |
| Appellee's Response Brief: | March 15, 2024 |
| Appellants' Reply Brief: | April 5, 2024 |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE