IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TWC LIQUIDATION TRUST, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Bankr. Case No. 18-10601 (MFW) |
| Andrew R. Vara, in his capacity as the ) United States Trustee for Region 3; Tara ) Twomey, in her capacity as Director of the ) Executive Office for the United States ) Trustees; and the United States Trustee ) Program, ) ) Appellants, ) ) v. ) ) Dean A. Ziehl, in his capacity as Trustee ) of the TWC Liquidating Trust, ) ) Appellee. ) | Adv. No. 22-50476 (MFW) <br><br> C.A. No. 23-1067 (MN) |

### ORDER

At Wilmington, this 20th day of December 2023:

Having considered Appellants' *Motion to Stay Appeal Given the Supreme Court's Grant of a Petition for Writ of Certiorari in United States Trustee v. John Q. Hammons Fall 2006, LLC, No. 22-1238* (D.I. 5) ("Motion to Stay"), Appellee's Limited Objection (D.I. 7), and Appellant's Reply (D.I. 8); and having found just cause to grant the relief requested; IT IS HEREBY ORDERED that:

1. The Motion to Stay (D.I. 5) is GRANTED.

2. Appellants shall promptly inform this Court after the Supreme Court has issued a decision.

                                                                                             _____
                                                                                             The Honorable Maryellen Noreika
                                                                                             United States District Judge